UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) ) ) | CASE No.: 1: 05 CR 384 |
| vs. | ) ) ) | ORDER |
| JOHN PROKOP LISA TOKARSKY, | ) ) ) | |
| Defendants. | ) | |

This matter came before the Court for a restitution hearing held on August 23, 2006. The Court adopts the Report and Recommendation of Magistrate Judge Kenneth S. Mc Hargh. An adjustment to the total amount of restitution was ordered to reflect credit awarded for prior interest and value payments received by the victims. The adjusted amount is $15,352,346.47 to be paid at a rate of 15% gross monthly income.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATE: August 31, 2006